| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Young S. You <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8582 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–23014–VFP | |

## Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Young S. You

10/18/19                                                                 **By the court:**   Vincent F. Papalia
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                     Case No. 19-23014-VFP
Young S. You                                               Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1             Date Rcvd: Oct 18, 2019
                             Form ID: 318             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Young S. You,   698 Elite Court, 1st FL.,   Ridgefield, NJ 07657-2612
518331880      +MCCABE WEISBERG & CONWAY, P.C.,    216 Haddon Ave,   Suite 201,   Collingswood, NJ 08108-2818
518331881      +Timber Valley at Ramsey Condo,   C/O,   Wilkin Mgt. Group,   45 Whitney Rd.,
                 Mahwah, NJ 07430-3160
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2019 02:24:37     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2019 02:24:34     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Oct 19 2019 05:38:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City,, OK 73118-7901
518331874      +EDI: BANKAMER.COM Oct 19 2019 05:38:00      Bank of America,   PO Box 15710,
                 Wilmington, DE 19886-5710
518331877      +EDI: CITICORP.COM Oct 19 2019 05:38:00      CITI,   PO Box 6004,   Sioux Falls, SD 57117-6004
518331875      +EDI: CAPONEAUTO.COM Oct 19 2019 05:38:00      Capital One Auto Finance,   3901 Dallas Pkwy,
                 Plano, TX 75093-7864
518351032      +EDI: AISACG.COM Oct 19 2019 05:38:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518331876      +EDI: CAUT.COM Oct 19 2019 05:38:00      Chase auto Finance,   PO Box 901076,
                 Fort Worth, TX 76101-2076
518331878      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 02:23:57     Ditech Financial, LLC.,
                 PO Box 6172,   Rapid City, SD 57709-6172
518331879      +EDI: HFC.COM Oct 19 2019 05:38:00      HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Dong Sung Kim    on behalf of Debtor Young S. You kimchoikim@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```